**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Edward WORD, Defendant– Appellant.**

No. 12–7351.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

Michael Edward Word, Appellant Pro Se. Craig Jon Jacobsen I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Word appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Word*, No. 6:08–cr–00015–NKM–1 (W.D.Va. Aug. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*